M. La Madrid y Co., Sucrs., Apelada, v. L. Sáenz y Co., Apelante.

Corte de Distrito de Arecibo.   Cobro de deuda.

No. 2532.—Resuelto en abril 11, 1922.

El error que se alega cometido se refiere a la negativa de la corte a suspender el juicio a petición del demandado por encontrarse enfermo y ser un testigo importante. No se concedió la suspensión porque no se acreditó por certi-ficación médica la enfermedad del testigo; porque se esperó al mismo día del juicio sin demostrarse que fuera súbita la enfermedad; porque no resultaba ser esencial la decla-ración y además la parte contraria aceptó que se diera por presentada. *Se resolvió:* que la corte ajustó sus ac-tuaciones a las prescripciones del artículo 202 del Código de Enjuiciamiento Civil. *Confirmada.* El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.